**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

MICHAEL R. FURLOUGH
ADC #073407                                                                                    PLAINTIFF

V.                              2:09CV00170 JMM/JTR

APRIL BRANDON, Sergeant,
East Arkansas Regional Unit                                                                 DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.    Pursuant to the screening function mandated by 28 U.S.C. § 1915A, this case is DISMISSED, WITH PREJUDICE, for failing to state a claim on which relief may be granted.

2.    Dismissal of this action CONSTITUTES a "strike," as defined by 28 U.S.C. § 1915(g).

3.    The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this   15   day of  December , 2009.

_____
UNITED STATES DISTRICT JUDGE