**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
                    **EASTERN DIVISION**

MICHAEL R. FURLOUGH
ADC #073407                                                                                         PLAINTIFF

V.                                            2:09CV00170 JMM/JTR

APRIL BRANDON, Sergeant,
East Arkansas Regional Unit                                                              DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that the Complaint is DISMISSED, WITH PREJUDICE, for failing to state a claim upon which relief may be granted. The dismissal constitutes a "strike" as defined by 28 U.S.C. § 1915(g). Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

Dated this  15  day of December, 2009.

_____
UNITED STATES DISTRICT JUDGE